Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>  Defendants. | Case No.: 2:21-CV-02265-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.    On December 30, 2021 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2.    On December 30, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.    Chicago Title's and Chicago Agency's respective responses to Deutsche Bank's complaint are currently due on February 4, 2022;

4.    Counsel for Defendants request a 31-day extension for Chicago Title and Chicago Agency to file their respective responses to Deutsche Bank's complaint, through and including Monday, March 7, 2022, to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

5.    Counsel for Deutsche Bank does not oppose the requested extension;

6.    This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7.    This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Monday, March 7, 2022.

Dated:  February 3, 2022          SINCLAIR BRAUN LLP

                                  By: /s/-Kevin S. Sinclair
                                      KEVIN S. SINCLAIR
                                      Attorneys for Defendants
                                      CHICAGO TITLE INSURANCE COMPANY
                                      and CHICAGO TITLE OF NEVADA, INC.

Dated:  February 3, 2022          WRIGHT FINLAY & ZAK, LLP

                                  By: /s/-Lindsay D. Dragon
                                      LINDSAY D. DRAGON
                                      Attorneys for Plaintiff
                                      DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this __7th__ day of __February__, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**