Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY and CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                         Plaintiff,<br><br>          vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                         Defendants. | Case No.: 2:21-CV-02265-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche

1  Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as
2  follows:
3      1.    On December 30, 2021 Deutsche Bank filed its complaint in the Eighth Judicial
4  District Court for the State of Nevada;
5      2.    On December 30, 2021, Chicago Title removed the instant case to the United
6  States District Court for the State of Nevada (ECF No. 1);
7      3.    On February 7, 2022, the Court granted the parties' first stipulation to extend the
8  time for defendants to respond to Deutsche Banks complaint, through and including March 7,
9  2022 (ECF No. 13);
10     4.    Counsel for Defendants request a 30-day extension for Defendants to file their
11 respective responses to Deutsche Bank's complaint, through and including Wednesday, April 6,
12 2022, to afford Defendants' counsel additional time to review and respond to Deutsche Bank's
13 complaint.
14     5.    Counsel for Deutsche Bank does not oppose the requested extension;
15     6.    This is the second request for an extension made by counsel for Defendants, which
16 is made in good faith and not for the purposes of delay.
17     7.    This stipulation is entered into without waiving any of Defendants' objections
18 under Fed. R. Civ. P. 12.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Wednesday, April 6, 2022.

Dated: March 4, 2022                    SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY
and CHICAGO TITLE OF NEVADA, INC.

Dated: March 4, 2022                    WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this 7th day of March, 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**