WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE OF NEVADA, INC; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02265-APG-BNW<br><br>**STIPULATION AND ORDER FOR LIMITED STAY OF DISCOVERY PENDING MOTION FOR REMAND [ECF No. 9]** |

Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Chicago Title of Nevada, Inc., (collectively, "Defendants," and with Deutsche Bank, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on December 30, 2021, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-846134-C [ECF No. 1-1];

**WHEREAS**, on December 30, 2021, Chicago Title Insurance Company filed a Petition

for Removal to this Court [ECF No. 1];

**WHEREAS**, on January 31, 2022, Deutsche Bank filed a Motion for Remand [ECF No. 9];

**WHEREAS**, the Motion for Remand has been fully briefed and is pending the Court's decision [ECF Nos. 16, 28];

**WHEREAS**, on February 7, 2022, this Court entered its Scheduling Order [ECF No. 14].

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED FOR 90 DAYS** pending the Court's decision on Deutsche Bank's Motion for Remand [ECF No. 9];
2. The Scheduling Order [ECF No. 14] in this case is hereby **VACATED**.
3. The Parties shall not file any motions to enforce Party discovery while this stay is pending.
4. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.
5. Nothing contained in this stipulation will prevent the Parties from propounding and enforcing third party subpoenas.
6. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions.
7. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 90 days after the order granting this Stipulation.
8. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

/ / /

/ / /

/ / /

/ / /

9. If the Court retains jurisdiction of this matter, the Parties will submit a new proposed discovery plan within thirty (30) days after the stay is lifted.

**IT IS SO STIPULATED.**

DATED this 8th day of March, 2022.                DATED this 8th day of March, 2022.

WRIGHT, FINLAY & ZAK, LLP                         EARLY SULLIVAN WRIGHT
                                                   GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*                            */s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.                            Sophia S. Lau, Esq.
Nevada Bar No. 13474                               Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                     8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                Las Vegas, Nevada 89148
*Attorneys for Plaintiff, Deutsche Bank             Attorney for Defendants, Fidelity National
National Trust Company, as Indenture                Title Group, Inc., Chicago Title Insurance
Trustee for American Home Mortgage                  Company, and Chicago Title of Nevada, Inc.*
Investment Trust 2005-2*

**IT IS SO ORDERED.**

Dated this __9th__ day of __March__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE